UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
RACHEL SALPETER-LEVY,

    Plaintiff,

-against-

CYPRESS SEMICONDUCTOR CORP., DR. W. STEVE ALBRECHT, HASSANE EL-KHOURY, OH CHUL KWON, CATHERINE P. LEGO, CAMILLO MARTINO, JOHN D. MCCRANIE, JEFFREY J. OWENS, JEANNINE P. SARGENT, and MICHAEL S. WISHART,

    Defendants.
------------------------------------------------ X

**MEMO ENDORSED**

CASE NO.: 1:19-cv-06369

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/19

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: September 13, 2019

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

/s/ Juan E. Monteverde
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*

So ordered.
[signature]
9/13/19